KAREN P. HEWITT
United States Attorney
WILLIAM A. HALL, JR.
Assistant U.S. Attorney
California State Bar No. Pending
United States Attorney's Office
880 Front Street, Room 6293
San Diego, California 92101-8893
Telephone: (619) 557-7046/(619) 235-2757 (Fax)
Email: william.a.hall@usdoj.gov

Attorneys for Plaintiff
United States of America

FILED
JUN 29 2007
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>CESARIO CORTEZ-MANRIQUEZ, )<br>)<br>Defendant. )<br>) | Criminal Case No. 07CR0485-BEN<br><br>MOTION AND PROPOSED ORDER TO DISMISS WITHOUT PREJUDICE |

### MOTION TO DISMISS

COMES NOW the United States Attorney, Karen P. Hewitt, and Assistant U.S. Attorney, William A. Hall, Jr., and hereby moves to dismiss, without prejudice, the Indictment against Defendant Cesario Cortez-Manriquez in the interest of justice.

DATED: June 29, 2007.

Respectfully submitted,

KAREN P. HEWITT
United States Attorney

WILLIAM A. HALL, JR.
Assistant United States Attorney

## ORDER

Upon motion of the UNITED STATES OF AMERICA and good cause appearing, IT IS HEREBY ORDERED that the complaint in the above-captioned case be dismissed, without prejudice, as to Defendant Cesario Cortez-Manriquez.

IT IS FURTHER ORDERED that any bond be exonerated.

DATED: 6/29/07

_____
LOUISA S. PORTER
United States Magistrate Judge

07CR0485-BEN

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA | ) | CASE NUMBER 07CR 485-BEN |
|---|---|---|
| vs | ) | ABSTRACT OF ORDER |
| Cesario Cortez-Manriquez | ) | Booking No. 98628 001 |

TO THE UNITED STATES MARSHAL AND / OR WARDEN, METROPOLITAN CORRECTIONAL CENTER:

Be advised that under date of __6/29/07__ the Court entered the following order:

☑ Defendant be released from custody.

____ Defendant placed on supervised / unsupervised probation / supervised release.

____ Defendant continued on supervised / unsupervised probation / supervised release and released from custody.

____ Defendant released on $_____ bond posted.

____ Defendant appeared in Court. FINGERPRINT & RELEASE.

____ Defendant remanded and ( ____ bond) ( ____ bond on appeal) exonerated.

____ Defendant sentenced to TIME SERVED, supervised release for ____ years.

____ c.c. judgment Court of Appeals ( ____ affirming) ( ____ reversing) decision of this Court:

____ dismissing appeal filed.

____ Bench Warrant Recalled.

____ Defendant forfeited collateral.

☑ Case Dismissed.

____ Defendant to be released to Pretrial Services for electronic monitoring.

____ Other._____

LOUISA S. PORTER
UNITED STATES MAGISTRATE JUDGE

OR
W. SAMUEL HAMRICK, JR.    Clerk
by
                                    Deputy Clerk

Received _____ DUSM _____

Crim-9    (Rev 6-95)

★ U.S. GPO: 1996-783-398/40151

CLERKS' COPY